## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Clara A. DeBeneditto                              CHAPTER 13

                    Debtor(s)

                                                       BKY. NO. 20-14870 PMM

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of AmeriSave Mortgage Corporation and index same on the master mailing list.

                              Respectfully submitted,

/s/ Rebecca Solarz

Rebecca Solarz
12 Jan 2021, 11:14:09, EST

                    KML Law Group, P.C.
                    701 Market Street, Suite 5000
                    Philadelphia, PA 19106-1532
                    (215) 627-1322