Certificate Number: 17572-PAM-DE-035270949

Bankruptcy Case Number: 20-14870



17572-PAM-DE-035270949

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 15, 2021, at 8:09 o'clock AM PST, Clara A Debeneditto completed a course on personal financial management given by telephone by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:   January 15, 2021         By:    /s/Maria Heredia

                                 Name:  Maria Heredia

                                 Title: Counselor