# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re: Clara A. DeBeneditto

Debtor(s)

Case No.: 20-14870
Chapter: 13

# SERVICE LIST

Amerisave Mtg Corp/dov
1 Corporate Dr
Lake Zurich, IL 60047

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Citibank
Citicorp Credit Srvs/Centralized Bk dept
Po Box 790034
St Louis, MO 63179

Credit One Bank
Attn: Bankruptcy Department
Po Box 98873
Las Vegas, NV 89193

Eagle One Fcu
Po Box 13160
Philadelphia, PA 19101

Eagle One Fcu
Po Box 13160
Philadelphia, PA 19101

Kohls/Capital One
Attn: Credit Administrator
Po Box 3043
Milwaukee, WI 53201

OneMain Financial
Attn: Bankruptcy
Po Box 3251
Evansville, IN 47731