| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 20-14870-PMM**

| | |
|---|---|
| Clara A. DeBeneditto | Petition Filed Date: 12/29/2020 |
| 936 Pennsy Road | 341 Hearing Date: 02/09/2021 |
| Pequea  PA   17565 | Confirmation Date: |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/01/2021 | $100.00 | | 03/12/2021 | $100.00 | | 03/26/2021 | $100.00 | |
| 04/09/2021 | $100.00 | | 04/23/2021 | $100.00 | | 05/07/2021 | $100.00 | |
| 05/21/2021 | $100.00 | | 06/07/2021 | $100.00 | | | | |

**Total Receipts for the Period:  $800.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $800.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | ONE MAIN FINANCIAL<br>»» 001 | Secured Creditors | $690.25 | $0.00 | $0.00 |
| 2 | AMERICAN INFOSOURCE LP<br>»» 002 | Unsecured Creditors | $100.74 | $0.00 | $0.00 |
| 3 | AMERICAN NEIGHBORHOOD MORTGAGE ACCEPTANCE COMPANY, LLC<br>»» 003 | Mortgage Arrears | $3,293.87 | $0.00 | $0.00 |
| 4 | RESURGENT CAPITAL SERVICES<br>»» 004 | Unsecured Creditors | $4,374.21 | $0.00 | $0.00 |
| 5 | RESURGENT CAPITAL SERVICES<br>»» 005 | Unsecured Creditors | $1,930.43 | $0.00 | $0.00 |

**Chapter 13 Case No. 20-14870-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $800.00 | Current Monthly Payment: | $200.00 |
| Paid to Claims: | $0.00 | Arrearages: | $200.00 |
| Paid to Trustee: | $65.00 | Total Plan Base: | $9,000.00 |
| Funds on Hand: | $735.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.