# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Clara A. DeBeneditto<br>          Debtor(s)<br><br>AmeriSave Mortgage Corporation, its successors and/or assigns<br>          Movant<br>    vs.<br>Clara A. DeBeneditto<br>          Debtor(s)<br><br>Scott F. Waterman<br>          Trustee | CHAPTER 13<br><br>NO. 20-14870 PMM |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of AmeriSave Mortgage Corporation, which was filed with the Court on or about **March 19, 2021, docket number 16**.

Respectfully submitted,

/s/ Rebecca A. Solarz, Esq.
_____

Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
Phone: (215)-627-1322

Dated: July 6, 2021