**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:
                                    :
**NICHOLE L. HENRY,**               :          **CHAPTER 13**
                                    :
**DEBTOR,**                         :          **BKT. NO.: 17-11945**


**CERTIFICATE OF NO RESPONSE WITH RESPECT TO**
**MOTION TO REOPEN BANKRUPTCY**
-

  I, <u>Alaine V. Grbach, Esquire</u>, hereby certify that the twenty one (21) days during which parties in

interest had to answer or object to the above Motion, after service thereon, have expired, and no answer

or objection has been filed and/or served upon undersigned Counsel.


Dated:  November 9, 2021

         Respectfully submitted,

         **/s/Alaine V. Grbach, Esquire**    
         Alaine V. Grbach, Esquire
         Counsel to Debtors
         675 Estelle Drive
         Lancaster, PA 17601
         (717) 898-8402 - telephone
         866-928-4707 - facsimile
         I.D. No.: 45485