United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 20-14870-pmm

Clara A. DeBeneditto                                                      Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                          User: admin                                   Page 1 of 2

Date Rcvd: Jan 06, 2022                   Form ID: 155                              Total Noticed: 13

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Clara A. DeBeneditto, 936 Pennsy Road, Pequea, PA 17565-9416 |
| 14582586 | + | AmeriSave Mortgage Corporation, 1 Corporate Drive, Ste 360, Lake Zurich, IL 60047-8945 |
| 14576367 | + | AmeriSave Mortgage Corporation, CO Rebecca Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia PA 19106-1541 |
| 14572544 | + | Amerisave Mtg Corp/dov, 1 Corporate Dr, Lake Zurich, IL 60047-8944 |
| 14572548 | | Eagle One Fcu, Po Box 13160, Philadelphia, PA 19101 |
| 14572667 | + | Montgomery County Tax Claim Bureau, c/o Michael D. Vagnoni, Esquire, Centre Square West, Suite 3400, 1500 Market Street, Philadelphia, PA 19102-2100 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14572545 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 07 2022 00:12:39 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14582207 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 07 2022 00:12:37 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14572546 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 07 2022 00:12:32 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14572547 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 07 2022 00:12:40 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14572549 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 07 2022 00:00:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14582612 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 07 2022 00:12:36 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14572550 | + | Email/PDF: cbp@onemainfinancial.com | Jan 07 2022 00:12:39 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Jan 06, 2022 | Form ID: 155 | Total Noticed: 13

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2022          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ALAINE V. GRBACH | |
| | on behalf of Debtor Clara A. DeBeneditto avgrbach@aol.com |
| ALAINE V. GRBACH | |
| | on behalf of Plaintiff Clara A. DeBeneditto avgrbach@aol.com |
| KERI P EBECK | |
| | on behalf of Defendant One Main Financial kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| REBECCA ANN SOLARZ | |
| | on behalf of Creditor AmeriSave Mortgage Corporation bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com |
| ROLANDO RAMOS-CARDONA | |
| | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com |
| SCOTT F. WATERMAN (Chapter 13) | |
| | ECFMail@ReadingCh13.com |
| United States Trustee | |
| | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Clara A. DeBeneditto
          Debtor(s)

Chapter: 13

Bankruptcy No: 20−14870−pmm

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this January 6, 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Patricia M. Mayer
Judge ,
United States Bankruptcy Court

49
Form 155