| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 20-14870-PMM**

Clara A. DeBeneditto
936 Pennsy Road
Pequea  PA   17565

Petition Filed Date: 12/29/2020
341 Hearing Date: 02/09/2021
Confirmation Date: 01/06/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/09/2021 | $100.00 | | 04/23/2021 | $100.00 | | 05/07/2021 | $100.00 | |
| 05/21/2021 | $100.00 | | 06/07/2021 | $100.00 | | 06/18/2021 | $100.00 | |
| 07/02/2021 | $100.00 | | 07/16/2021 | $100.00 | | 07/30/2021 | $100.00 | |
| 08/13/2021 | $100.00 | | 08/27/2021 | $100.00 | | 09/13/2021 | $100.00 | |
| 09/28/2021 | $100.00 | | 10/08/2021 | $100.00 | | 10/22/2021 | $100.00 | |
| 11/05/2021 | $100.00 | | 12/20/2021 | $183.00 | | 01/03/2022 | $183.00 | |
| 01/18/2022 | $183.00 | | 01/28/2022 | $183.00 | | 02/11/2022 | $183.00 | |
| 02/28/2022 | $183.00 | | 03/11/2022 | $183.00 | | 03/25/2022 | $183.00 | |
| 04/08/2022 | $183.00 | | 04/25/2022 | $183.00 | | 05/06/2022 | $183.00 | |
| 05/20/2022 | $183.00 | | 06/06/2022 | $183.00 | | 06/17/2022 | $183.00 | |
| 07/01/2022 | $183.00 | | 07/15/2022 | $183.00 | | 07/29/2022 | $183.00 | |

**Total Receipts for the Period: $4,711.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $5,011.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | ONE MAIN FINANCIAL<br>»» 01S | Secured Creditors | $14,603.00 | $1,394.76 | $13,208.24 |
| 2 | AMERICAN INFOSOURCE LP<br>»» 002 | Unsecured Creditors | $100.74 | $0.00 | $100.74 |
| 3 | AMERICAN NEIGHBORHOOD MORTGAGE ACCEPTANCE COMPANY, LLC<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | LVNV FUNDING LLC<br>»» 004 | Unsecured Creditors | $4,374.21 | $0.00 | $4,374.21 |
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $1,930.43 | $0.00 | $1,930.43 |
| 0 | ALAINE V GRBACH ESQ | Attorney Fees | $3,030.00 | $3,030.00 | $0.00 |
| 6 | ONE MAIN FINANCIAL<br>»» 01U | Unsecured Creditors | $12,453.87 | $0.00 | $12,453.87 |

**Chapter 13 Case No. 20-14870-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,011.00 | Current Monthly Payment: | $365.00 |
| Paid to Claims: | $4,424.76 | Arrearages: | $109.00 |
| Paid to Trustee: | $417.88 | Total Plan Base: | $20,085.00 |
| Funds on Hand: | $168.36 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.