IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Clara A. DeBeneditto<br>　　　　　　　　Debtor(s) | CHAPTER 13 |
| AmeriSave Mortgage Corporation<br>　　　　　　　　Movant<br>vs.<br>Clara A. DeBeneditto<br>　　　　　　　　Debtor(s) | NO. 20-14870 PMM |
| Scott F. Waterman<br>　　　　　　　　Trustee | 11 U.S.C. Sections 362 |

## ORDER

AND NOW, this  9th  day of  August , 2023 upon upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is granted and the Loan Modification Agreement executed on  12/8/22  does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

*Patricia M. Mayer*

Hon. Patricia M. Mayer
United States Bankruptcy Judge.