Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 20-14870-PMM**

Clara A. DeBeneditto  
936 Pennsy Road  
Pequea  PA   17565

Petition Filed Date: 12/29/2020  
341 Hearing Date: 02/09/2021  
Confirmation Date: 01/06/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/12/2022 | $183.00 | | 08/26/2022 | $183.00 | | 09/12/2022 | $183.00 | |
| 09/23/2022 | $183.00 | | 10/07/2022 | $183.00 | | 10/24/2022 | $183.00 | |
| 11/04/2022 | $183.00 | | 11/21/2022 | $183.00 | | 12/02/2022 | $183.00 | |
| 12/19/2022 | $183.00 | | 01/03/2023 | $183.00 | | 01/13/2023 | $183.00 | |
| 01/27/2023 | $183.00 | | 02/10/2023 | $183.00 | | 02/27/2023 | $183.00 | |
| 03/10/2023 | $183.00 | | 03/24/2023 | $183.00 | | 04/07/2023 | $183.00 | |
| 04/24/2023 | $183.00 | | 05/05/2023 | $183.00 | | 05/19/2023 | $183.00 | |
| 06/05/2023 | $183.00 | | 06/16/2023 | $183.00 | | 06/30/2023 | $183.00 | |
| 07/14/2023 | $183.00 | | 07/28/2023 | $183.00 | | | | |

**Total Receipts for the Period:  $4,758.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $9,769.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | ONE MAIN FINANCIAL<br>»»  01S | Secured Creditors | $14,603.00 | $5,757.48 | $8,845.52 |
| 2 | CAPITAL ONE BANK (USA) NA<br>»»  002 | Unsecured Creditors | $100.74 | $0.00 | $100.74 |
| 3 | AMERICAN NEIGHBORHOOD MORTGAGE ACCEPTANCE COMPANY, LLC<br>»»  003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | LVNV FUNDING LLC<br>»»  004 | Unsecured Creditors | $4,374.21 | $0.00 | $4,374.21 |
| 5 | LVNV FUNDING LLC<br>»»  005 | Unsecured Creditors | $1,930.43 | $0.00 | $1,930.43 |
| 0 | ALAINE V GRBACH ESQ | Attorney Fees | $3,030.00 | $3,030.00 | $0.00 |
| 6 | ONE MAIN FINANCIAL<br>»»  01U | Unsecured Creditors | $12,453.87 | $0.00 | $12,453.87 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,769.00 | Current Monthly Payment: | $365.00 |
| Paid to Claims: | $8,787.48 | Arrearages: | ($269.00) |
| Paid to Trustee: | $814.99 | Total Plan Base: | $20,085.00 |
| Funds on Hand: | $166.53 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.