**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 13** |
| | : | |
| **CLARA A. DeBENEDITTO,** | : | |
| | : | **BANKRUPTCY NO.: 20-14870-pmm** |
| | : | |
| **Debtor.** | : | |
| | : | |

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

    **CLARA A. DEBENEDITTO**, (the "Debtor") has filed a Motion to amend her Chapter 13 Plan Post-Confirmation ("the Motion").

    **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

    **1.**    If you do not want the court to grant the relief sought in the Motion or if you want the court to consider your views on the Motion, then on or before **May 24, 2024**, you or your attorney must do all of the following:

    **(a)**    file an answer explaining your position at

> United States Bankruptcy Court
> Office of the Clerk, Room 103
> The Gateway Building
> 201 Penn Street
> Reading, PA 19601

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the dated above; and

    **(b)**    mail a copy to the movant's attorney:

> Alaine V. Grbach, Esquire
> 675 Estelle Drive
> Lancaster  PA  17601

    **2.**    If you or your attorney do not take the steps described in paragraphs 1(a) and (1(b) above and attend the hearing, the court may enter an order granting the relief requested in the Motion.

      **3.**      **A hearing on the Motion is scheduled to be held before The Honorable Patricia M. Mayer on May 30, 2024 at 10:00 a.m.  Via zoom,  in Courtroom No. 1, United States Bankruptcy Court, The Gateway Building, 201 Penn Street, 4th Floor, Reading  PA 19601.**

      **4.**      A copy of the said Motion is being served with this notice.

      **5.**      You may contact the Bankruptcy Clerk's office at (610)-208-5048 to find out whether the hearing has been canceled because no one filed an answer.

      **ALAINE V. GRBACH, ESQ.**

      By:  /s/ Alaine V. Grbach
      675 Estelle Drive
      Lancaster, PA 17601
      (717)399-8420
      avgrbach@aol.com
      Counsel to the Debtor

Dated: 05/03/2024