# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | CHAPTER 13 |
| | : | |
| **CLARA A. DEBENEDITTO** | : | |
| | : | BANKRUPTCY NO.: 20-14870-pmm |
| | : | |
| Debtor . | : | |
| | : | |

## ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW**, upon consideration of the Debtor's Motion to Modify the confirmed chapter 13 Plan (doc.# 41, the "Motion");

It is hereby ordered that

1) The Motion is **granted**; and

2) The Modified Plan (doc. #65) is **approved.**

**BY THE COURT**:

_____
**PATRICIA M. MAYER,**
**Date:**     U.S. BANKRUPTCY JUDGE