UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 13 |
| | : | |
| CLARA A. DeBENEDITTO, | : | |
| | : | BANKRUPTCY NO.: 20-14870-pmm |
| | : | |
| Debtor. | : | |

CERTIFICATION OF NO RESPONCE TO
MOTION OF DEBTOR TO MODIFY PLAN POST-CONVERSION

I, Alaine V. Grbach, Esquire, hereby certify that the twenty one (21) days during which parties in interest had to answer or object to the above Motion , after service thereon, have expired, and no answer or objection has been filed and/or served upon undersigned Counsel.

**Dated:  05/30/2026**

Respectfully submitted,

**/s/Alaine V. Grbach, Esquire_____**
Alaine V. Grbach, Esquire
Counsel to Debtors
675 Estelle Drive
Lancaster, PA 17601
(717) 399-8420 - telephone
I.D. No.: 45485