**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | CHAPTER 13 |
| | : | |
| **CLARA A. DEBENEDITTO** | : | |
| | : | BANKRUPTCY NO.: 20-14870-pmm |
| Debtor. | : | |
| | : | |

**ORDER GRANTING MOTION TO MODIFY PLAN**

**AND NOW**, upon consideration of the Debtor's Motion to Modify the confirmed chapter 13 Plan (doc.# 64, the "Motion");

It is hereby ordered that

1) The Motion is **granted**; and

2) The Modified Plan (doc. #68) is **approved.**

BY THE COURT:

_Patricia M. Mayer_
_____
 PATRICIA M. MAYER,
U.S. BANKRUPTCY JUDGE

**Date:** 5/31/24