Certificate Number: 16339-PAE-DE-038603254

Bankruptcy Case Number: 20-14870



16339-PAE-DE-038603254

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 24, 2024, at 3:59 o'clock PM EDT, Clara Debeneditto completed a course on personal financial management given by telephone by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  June 24, 2024    By:    /s/Kelley Tipton

Name:  Kelley Tipton

Title:  Certified Financial Counselor