United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 20-14870-pmm

Clara A. DeBeneditto                                                        Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                          User: admin                                    Page 1 of 2

Date Rcvd: Sep 10, 2024                 Form ID: 195                         Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Clara A. DeBeneditto, 936 Pennsy Road, Pequea, PA 17565-9416 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2024                          Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ALAINE V. GRBACH | |
| | on behalf of Debtor Clara A. DeBeneditto avgrbach@aol.com |
| ALAINE V. GRBACH | |
| | on behalf of Plaintiff Clara A. DeBeneditto avgrbach@aol.com |
| DENISE ELIZABETH CARLON | |
| | on behalf of Creditor AmeriSave Mortgage Corporation bkgroup@kmllawgroup.com |
| KERI P EBECK | |
| | on behalf of Defendant One Main Financial kebeck@bernsteinlaw.com |
| | btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| ROLANDO RAMOS-CARDONA | |
| | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com |
| SCOTT F. WATERMAN [Chapter 13] | |

District/off: 0313-4                          User: admin                          Page 2 of 2

Date Rcvd: Sep 10, 2024                       Form ID: 195                         Total Noticed: 1

ECFMail@ReadingCh13.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                              : Chapter 13

Clara A. DeBeneditto                                : Case No. 20–14870–pmm
          Debtor(s)

***ORDER***

_____

    AND NOW, this day , September 10, 2024 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.

By The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court

91
Form 195